UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**MARKEE TREVON WAYNE JACKSON**          **CASE NO.  2:23-CV-00166**

**VERSUS**                               **JUDGE JAMES D. CAIN, JR.**

**COMMISSIONER OF SOCIAL SECURITY**      **MAGISTRATE JUDGE PEREZ-MONTES**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUGED, AND DECREED** that the final decision of the Commissioner is **AFFIRMED** and that Jackson's appeal is **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers on this 5th day of March, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**